FILED

08/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0054

_____

THE MARY ELLEN DUKE TRUST, dated March 13, 1997, MILLARD COX, MINA COX, and TROUT CREEK RANCH,

      Plaintiffs and Appellees.

    v.

LEE LOU, LLC, a Montana limited liability company,

      Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2023